# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ALLTRU FEDERAL CREDIT UNION, f/k/a<br>1st FINANCIAL FEDERAL CREDIT UNION,<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK MARINE AND GENERAL<br>INSURANCE COMPANY,<br><br>Defendant. | Case No. 4:21-cv-01336 |

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through undersigned counsel, and hereby dismisses this matter with prejudice, with each side to bear their own costs.

Dated: February 25, 2022

                                        Respectfully submitted,

                                      MARTIN, PRINGLE, OLIVER,
                                        WALLACE & BAUER, L.L.P.

                                        /s/ David E. Larson
                                        David E. Larson, MO #27146
                                        One Main Plaza
                                        4435 Main Street, Suite 920
                                        Kansas City, MO 64111
                                        (816) 753-6006
                                        (816) 502-7898 fax
                                        delarson@martinpringle.com
                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2022, a true and accurate copy of the foregoing document was filed electronically with the Court.

 /s/ David E. Larson
David E. Larson, MO #27146